```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 07198
   DELORES LEE
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-1636


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/26/2008 and was not confirmed.

      The case was dismissed without confirmation 05/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------

FAST CASH ADVANCE         UNSECURED      NOT FILED           .00            .00
FAST CASH ADVANCE         UNSECURED      NOT FILED           .00            .00
ALLIED CASH               UNSECURED      NOT FILED           .00            .00
AMERICASH LOANS LLC       UNSECURED         586.09           .00            .00
PAYDAY STORE OF ILLINOIS  UNSECURED      NOT FILED           .00            .00
ILLINOIS TITLE LOANS      UNSECURED      NOT FILED           .00            .00
NATIONAL QUICK CASH       UNSECURED      NOT FILED           .00            .00
CHECK & GO                UNSECURED      NOT FILED           .00            .00
AUDIT SYSTEMS             UNSECURED      NOT FILED           .00            .00
HORSESHOE CASINO HAMMOND  UNSECURED      NOT FILED           .00            .00
HARRAHS CASINO            UNSECURED      NOT FILED           .00            .00
KROGER                    UNSECURED      NOT FILED           .00            .00
TELECHECK CORP OFFICE     UNSECURED      NOT FILED           .00            .00
AT & T                    UNSECURED      NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         217.43           .00            .00
IQ TELECOM INC            UNSECURED      NOT FILED           .00            .00
BENHEOR REALTY SERVICES   NOTICE ONLY    NOT FILED           .00            .00
TATE & KIRLIN ASSOC       UNSECURED      NOT FILED           .00            .00
TCF BANK BK DEPT          UNSECURED      NOT FILED           .00            .00
COMMONWEALTH EDISON       SECURED NOT I        .00           .00            .00
PEOPLES GAS LIGHT & COKE  SECURED NOT I        .00           .00            .00
SBC BANKRUPTCY DEPT       SECURED NOT I        .00           .00            .00
CINGULAR/AT&T             SECURED NOT I        .00           .00            .00
AMERICAN CREDIT EDUCATIO  SECURED NOT I        .00           .00            .00
BENHEOR REALTY SERVICES   SECURED NOT I        .00           .00            .00
SANFORD KAHN              PRIORITY      NOT FILED            .00            .00
ONE IRON VENTURES         PRIORITY      NOT FILED            .00            .00
HARRAHS CASINO            PRIORITY      NOT FILED            .00            .00
AMERICASH LOANS           PRIORITY      NOT FILED            .00            .00
WASHINGTON MUTUAL         UNSECURED     NOT FILED            .00            .00
GREAT LAKE SPECIALTY FIN  UNSECURED     NOT FILED            .00            .00
AMERICAN CREDIT EDUCATIO  NOTICE ONLY   NOT FILED            .00            .00
AMERICAN CREDIT EDUCATIO  UNSECURED     NOT FILED            .00            .00
LYONS CARNELL             UNSECURED     NOT FILED            .00            .00
PRO SE DEBTOR             DEBTOR ATTY         .00                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 07198 DELORES LEE
```

```
TOM VAUGHN                     TRUSTEE                                       .00
DEBTOR REFUND                  REFUND                                        .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                     .00
SECURED                                                      .00
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                         .00
DEBTOR REFUND                                                .00
                                ---------------     ---------------
TOTALS                                 .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                          /s/ Tom Vaughn
     Dated: 08/26/08                      _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE

                              PAGE   2
            CASE NO. 08 B 07198 DELORES LEE